## WILLIAM SULLIVAN *vs.* FRANCIS J. BAXTER.

Essex.    November 6, 1889. — November 29, 1889.

Present: FIELD, DEVENS, W. ALLEN, C. ALLEN, & KNOWLTON, JJ.

*Action — Former Judgment — Special Damages.*

After judgment for the conversion of a chattel, an action cannot be maintained to recover special damages resulting from such conversion, but accidentally omitted to be claimed in the former action.

TORT. The declaration alleged, in substance, that the plaintiff, in a former action brought by him against the defendant for the conversion of a derrick, recovered judgment for the value of the derrick only, which judgment was satisfied; that by a mistake he failed to aver and claim in that action certain special damages which resulted from the conversion, namely, the loss of profits from a valuable contract which he had, and which was thereby seriously interfered with, and from workmen employed by him on such contract; and that he was entitled to recover such special damages in this action. The defendant demurred to the declaration, on the ground that the former judgment was a bar to the action.

*J. C. Sanborn*, for the plaintiff.

*T. E. Barry*, for the defendant.

FIELD, J. The conversion of the derrick by the defendant was a single wrongful act, for which only one action could be maintained. The plaintiff, having taken judgment in the former action for this conversion, cannot maintain the present action, because the cause of action is the same and the parties are the same as in the former action. The plaintiff could have alleged and proved in the former action any special damages which he was entitled to recover, and special damages do not constitute a separate cause of action. *Trask* v. *Hartford & New Haven Railroad*, 2 Allen, 331. *Folsom* v. *Clemence*, 119 Mass. 473. *McCaffrey* v. *Carter*, 125 Mass. 330. *Knowlton* v. *New York & New England Railroad*, 147 Mass. 606. *Bassett* v. *Connecticut River Railroad*, ante, 178.

*Judgment for the defendant.*